# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REYNALDO T. JASSO,

    Petitioner,

vs.

LE GRAND, et al.,

    Respondents.

Case No. 3:11-CV-00827-LRH-(VPC)

**ORDER**

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not submitted an application to proceed *in forma pauperis*, but he has submitted a financial certificate and a statement of his inmate account. Those documents show that petitioner is able to pay the full filing fee of five dollars ($5.00).

IT IS THEREFORE ORDERED that petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED this 21st day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE